IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELHASSEN NDIAYE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6007 |
| | : | |
| J.L. JAMISON, et al | : | |

## ORDER

AND NOW, this 19th day of November, 2025, upon consideration of Petitioner Elhassen Ndiaye's Petition for Writ of Habeas Corpus (Dkt. No. 1), Ndiaye's Motion for Preliminary Injunction (Dkt. No. 5), the parties' briefing on the issue, and the oral arguments made on November 14, 2025, and for the reasons stated in the accompanying Memorandum, it is ORDERED that the Petition (Dkt. No. 1) and Motion (Dkt. No. 5) are GRANTED as follows:

1. Ndiaye is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall RELEASE Ndiaye from custody immediately and shall certify compliance with this Memorandum Opinion and Order by filing on the docket no later than 4:00 P.M. EST on November 20, 2025;

3. The Government is temporarily enjoined from re-detaining Ndiaye for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Ndiaye after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Ndiaye from the Eastern District of Pennsylvania before the

ordered bond hearing. If the immigration judge determines that Ndiaye is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Ndiaye if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Ndiaye.

The Clerk of Court shall mark this case CLOSED.

                                                  BY THE COURT:

                                                  /s/ Juan R. Sánchez
                                                  Juan R. Sánchez, J.