IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELHASSEN NDIAYE                          :          CIVIL ACTION
                                         :
    v.                                   :          No. 25-6007
                                         :
J.L. JAMISON, et al.                     :

## ORDER

AND NOW, this 20th day of March, 2026, upon consideration of the Government's March 19, 2026 e-mail request for an extension of time to respond to Petitioner's brief and for a continuance of the associated hearing, it is ORDERED that the Request is GRANTED. The Government shall file a response to the Petitioner's request for clarification of the order for release by **Friday, March 27, 2026.**

IT IS FURTHER ORDERED that the hearing originally scheduled for March 26, 2026 is CONTINUED. The hearing shall now take place on **Monday, March 30, 2026 at 10:30 a.m. in Courtroom 14B** of 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.