IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELHASSEN NDIAYE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6007 |
| | : | |
| J.L. JAMISON, et al. | : | |

## ORDER

AND NOW, this 27th day of March, 2026, upon consideration of the Government's March 27, 2026 e-mail representing that Petitioner Elhassen Ndiaye's ankle monitor will be removed on Monday, March 30, 2026 at his next ICE check-in, and that he will be returned to his pre-detention status, it is ORDERED as follows:

1. The hearing originally scheduled for March 30, 2026 is CONTINUED. The hearing shall now take place on **Thursday, April 2, 2026 at 9:30 A.M. in Courtroom 14B** of 601 Market Street, Philadelphia, PA 19106.

2. The Government shall certify that Elhassen Ndiaye's ankle monitor has be removed and that he has returned to his pre-detention status by filing on the docket no later than **9:00 A.M. ET on Tuesday, March 31, 2026**. Upon receipt of this certification, the Court will decide whether a hearing is still necessary.

3. If this certification has not been filed, the Government shall file a response to Ndiaye's request (Dkt. Nos. 22 & 24) no later than **9:00 A.M. ET on Wednesday, April 1, 2026**.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.