IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELHASSEN NDIAYE : CIVIL ACTION
:
v. : No. 25-6007
:
J.L. JAMISON, et al :

**ORDER**

AND NOW, this 30th day of March, 2026, upon consideration of Petitioner Elhassen Ndiaye's Request For Clarification of the Order For Release (Dkt. No. 22), his briefings on the issue, the Government's certification that Ndiaye has been returned to pre-detention status (Dkt. No. 28), it is ORDERED that the request is DENIED WITHOUT PREJUDICE as moot.

It is further ORDERED as follows:

1. The hearing originally scheduled for April 2, 2026 is CANCELED.

2. If the Government seeks to subject Ndiaye to conditions of release that were not imposed on him pre-detention, the Government must request permission from me before any additional conditions are imposed. Any such request must include an explanation for the request. The Court will then determine whether to grant the request and permit additional conditions to be imposed on Ndiaye.

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.